HELEN L. FORD *vs.* HENRY E. STOUGHTON, EXECUTOR
(FORD'S APPEAL FROM PROBATE).

Third Judicial District.
Argued October 25th—decided December 16th, 1910.

APPEAL from a decree of the Court of Probaté for the
district of Waterbury admitting to probate a certain
written instrument as the last will of Sarah E. Carter
of Waterbury, deceased, taken to the Superior Court
in New Haven County and tried to the jury before
*Shumway, J.;* verdict and judgment in favor of the
plaintiff, the contestant, from which the defendant
appealed. *No error.*

*Charles G. Root,* for the appellant (defendant).

*William Kennedy* and *John H. Cassidy,* for the ap-
pellee (plaintiff).

Opinion filed with the clerk of the Superior Court in
New Haven County.